FILED

12/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0117

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0117

_____

HENRY and DIANE BELK,

      Plaintiffs and Appellants,

  vs.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, an agency of the
State of Montana, and GLACIER STONE SUPPLY,         O R D E R

      Defendants and Appellees,

STATE OF MONTANA by and through
the Office of the Attorney General,

      Intervenor.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

                For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2021